IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY WISTROM,

           Plaintiff,

v.                                             11-cv-515-wmc

KENNETH BLACK,

           Defendant.

    This action came for consideration before a jury and the court with U. S. District Judge William M. Conley presiding. The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff Gary Wistrom against defendant Kenneth Black in the total amount of $1,800,000.

Approved as to form this _1st_ day of October, 2012.

_____
William M. Conley, District Judge

_____               10/1/12
Peter Oppeneer, Clerk of Court            Date