IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY WISTROM,

    Plaintiff,

v.

KENNETH BLACK,

    Defendant.

AMENDED JUDGMENT

Case No. 11-cv-515-wmc

---

This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kenneth Black against plaintiff Gary Wistrom granting defendant's motion for summary judgment with respect to plaintiff's discrimination claims and denying defendant's motion for summary judgment with respect to plaintiff's retaliation claim pursuant to 42 U.S.C. §1981. Plaintiff's claim for retaliation brought pursuant to the Equal Protection Clause of the Fourteenth Amendment is dismissed.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Gary Wistrom against defendant Kenneth Black in the total amount of $450,000.

Approved as to form this 11th day of June, 2013.

_____
William M. Conley, District Judge

_____
Peter Oppeneer, Clerk of Court

6/11/13
Date